PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** In Sik Mun  **Docket Number:** 05-00908-001
**PACTS Number:** 39049

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh

**Date of Original Sentence:** 04/26/2007

**Original Offense:** FALSE STATEMENT IN APPLICATION/USE OF PASSPORT

**Original Sentence:** 21 months imprisonment; 3 years supervised release.

**Special Conditions:** Cooperation with ICE, Refrain from Alcohol, DNA

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/13/07

**Assistant U.S. Attorney:** Eric Jaso, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Tiffany, 50 Park Place, 10th Floor, Newark, N.J. 07102, 973-242-3700

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>On or about September 21, 2009, the offender left the District of New Jersey without the permission of the US Probation Office. Contact with Immigration and Customs Enforcement indicates that offender has fled to South Korea. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 10/5/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

10/8/09
Date